**NOT FOR PUBLICATION**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| PLUMBERS & PIPEFITTERS LOCAL UNION NO. 9 EDUCATION FUND,<br><br>                            Plaintiff,<br><br>                v.<br><br>UNITED STATES LIABILITY INSURANCE COMPANY,<br><br>                           Defendant. | Civil Action No. 24-7339 (MAS) (JTQ)<br><br>**MEMORANDUM ORDER** |

**SHIPP, District Judge**

      This matter comes before the Court upon cross-motions for summary judgment filed by Plaintiff Plumbers & Pipefitters Local Union No. 9 Education Fund ("Plaintiff") and Defendant United States Liability Insurance Company ("Defendant") regarding Defendant's insurance coverage obligations. (ECF Nos. 21, 22.) Plaintiff opposed Defendant's motion (ECF No. 27), and Defendant opposed Plaintiff's motion (ECF No. 28).

      The Court has reviewed all the documents both parties submitted in support of and against the cross-motions for summary judgment, including the moving briefs (ECF Nos. 21, 22-15), the opposition briefs (ECF Nos. 27, 28), the statements of facts (ECF Nos. 21-2, 22-2), the responses to the statements of facts (ECF Nos. 27-1, 29), and all exhibits and declarations filed in connection with both motions (*e.g.*, ECF Nos. 21-1, 21-3 - 21-10, 22-3 - 22-14). At this time, because both parties seemingly agree that this dispute is ripe for determination on summary judgment, the Court finds it appropriate to require the parties to submit a single joint statement of undisputed material

facts followed by the competing statements of fact and the responses regarding those disputed facts.

Based on the foregoing,

**IT IS**, on this 2nd day of December 2025, **ORDERED** as follows:

1. The parties shall have **twenty-one (21) days** from the date of this Memorandum Order to e-file a joint statement of undisputed material facts followed by the competing statements of facts and the responses regarding the disputed facts.

2. The Clerk of Court is directed to administratively terminate the cross-motions for summary judgment (ECF Nos. 21, 22) pending the parties' compliance with this Memorandum Order.

3. Upon the parties' compliance with this Memorandum Order, the Court will reopen the cross-motions for summary judgment (ECF Nos. 21, 22).

/s/ Michael A. Shipp
**MICHAEL A. SHIPP**
**UNITED STATES DISTRICT JUDGE**